## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

 Diane L. McAnally                                        Case No.  8:19-bk-00132-RCT

_____Debtor(s) /

### TRUSTEE'S BILL OF SALE - PERSONAL PROPERTY

The undersigned, LARRY S. HYMAN, as Trustee for the estate of Diane L. McAnally case no. 8:19-bk-00132-RCT, United States Bankruptcy Court, Middle District of Florida, Tampa Division for valuable consideration, to wit, $2,424.00 receipt of which is hereby acknowledged, and pursuant to notice of trustee's sale of property (11 U.S.C. S 363) as filed in the record of said case, does hereby sell to Diane L. McAnally   the personal property of said estate described as:

    2004  CHEVROLET  TAHOE,  VIN  #  1GNFK13007J104702;  MISC  HOUSEHOLD GOODS & FURNISHINGS; MISC ELECTRONICS; MISC CLOTHING

        Said sale is without representations or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose.  Exhibits, if attached, are for identification only and are not a representation by seller for any purpose as to quantity, description, price or extension.

Dated: September 22, 2019

                                        /s/ Larry S. Hyman, Trustee_____
                                        Larry S. Hyman, Trustee
                                        P.O. Box 18625
                                        Tampa, FL 33679
                                        Larry@larryhymancpa.com