```
                        United States Bankruptcy Court
                          Middle District of Florida
In re:                                                        Case No. 19-00132-RCT
Diane Leslie McAnally                                         Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: bugayd              Page 1 of 2                  Date Rcvd: Oct 30, 2019
                              Form ID: B318             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Diane Leslie McAnally,    352 Hernando Ave.,    Sarasota, FL 34243-2030
cr             +Deutsche Bank National Trust Company, As Trustee F,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +Manatee County Tax Collector,    1001 3rd Ave W, Suite 240,    Bradenton, FL 34205-7871
cr             +Specialized Loan Servicing LLC,    Stewart Legal Group, P.L.,    c/o Gavin N. Stewart,
                 P.O. Box 5703,   Clearwater, FL 33758-5703
27985223       +Bank of New York Mellon,    240 Greenwich St,    Manhattan, NY 10007-2470
28147188        Home Depot,   PO Box 9001010,    Louisville, KY 40290-1010
27985222       +McCalla, Raymer, Leibert Pierce P.A.,    225 E Robinson St,    Orlando, FL 32801-4326
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLSHYMAN.COM Oct 31 2019 04:08:00      Larry S. Hyman,   PO Box 18625,
                 Tampa, FL 33679-8625
27995946        EDI: BECKLEE.COM Oct 31 2019 04:08:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern   PA 19355-0701
28147189       +EDI: WFNNB.COM Oct 31 2019 04:08:00      Beall’s Outlet,   PO Box 659705,
                 San Antonio, TX 78265-9705
28147186        EDI: WFNNB.COM Oct 31 2019 04:08:00      Coldwater Creek,   PO Box 659584,
                 San Antonio, TX 78265-9584
28307422       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 00:31:22      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
28368943        EDI: Q3G.COM Oct 31 2019 04:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
28373358       +EDI: RMSC.COM Oct 31 2019 04:08:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
28147187        EDI: RMSC.COM Oct 31 2019 04:08:00      TJX,   PO Box 530948,   Atlanta, GA 30353-0948
28147185        EDI: WTRRNBANK.COM Oct 31 2019 04:08:00      Target,   PO Box 660170,   Dallas, TX 75266-0170
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             AMERICAN EXPRESS NATIONAL BANK,    C/O BECKET AND LEE LLP,   PO BOX 3001,
                 MALVERN, PA 19355-0701
cr*            +Deutsche Bank National Trust Company, As Trustee F,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
28316699*       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
28316695*       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Christopher P Salamone    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1
               csalamone@rasflaw.com, csalamone@rasflaw.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Keith Scott Labell    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Soundview Home Loan Trust 2006-EQ1 Asset-Backed Certificates, Series 2006-EQ1
               klabell@rasflaw.com, klabell@rasflaw.com
              Larry S. Hyman    larry@larryhymancpa.com,
               lhyman@ecf.axosfs.com;melissa@larryhymancpa.com;jamie@larryhymancpa.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
```

```
District/off: 113A-8              User: bugayd               Page 2 of 2                   Date Rcvd: Oct 30, 2019
                                  Form ID: B318              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane Leslie McAnally** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8950** <br> EIN __ __ – __ __ __ __ __ __ __ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __ __ – __ __ __ __ __ __ __ |
| United States Bankruptcy Court **Middle District of Florida** | | |
| Case number: **8:19–bk–00132–RCT** | | |

# Order of Discharge                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Diane Leslie McAnally
    aka Diane Guthrie McAnally

Dated: October 30, 2019

Roberta A. Colton
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**