# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DIANE LESLIE MCANALLY | § | Case No. 8:19-bk-00132-RCT |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Larry S. Hyman, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: 317,989.00              Assets Exempt: 1,176.00
(Without deducting any secured claims)


Total Distributions to Claimants: 1,706.81    Claims Discharged
                                              Without Payment: 318,898.18


Total Expenses of Administration: 717.19
```

3) Total gross receipts of $ 2,424.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,424.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 312,115.42 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 717.19 | 717.19 | 717.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 8,489.57 | 8,489.57 | 1,706.81 |
| **TOTAL DISBURSEMENTS** | $ 312,115.42 | $ 9,206.76 | $ 9,206.76 | $ 2,424.00 |

4) This case was originally filed under chapter 7 on 01/08/2019. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2019          By:/s/Larry S. Hyman, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 CHEVROLET TAHOE | 1129-000 | 1,500.00 |
| Clothes | 1129-000 | 500.00 |
| ELECTRONICS | 1129-000 | 300.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1129-000 | 124.00 |
| TOTAL GROSS RECEIPTS | | $2,424.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of New York Mellon | | 312,115.42 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 312,115.42 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Larry S. Hyman, Trustee | 2100-000 | NA | 606.00 | 606.00 | 606.00 |
| Larry S. Hyman, Trustee | 2200-000 | NA | 111.19 | 111.19 | 111.19 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 717.19 | $ 717.19 | $ 717.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 214.82 | 214.82 | 43.19 |
| 3 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 1,256.63 | 1,256.63 | 252.64 |
| 1 | PYOD, LLC | 7100-000 | NA | 259.21 | 259.21 | 52.11 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 48.44 | 48.44 | 9.74 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 406.94 | 406.94 | 81.81 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 257.08 | 257.08 | 51.69 |
| 7 | SYNCHRONY BANK | 7100-000 | NA | 6,046.45 | 6,046.45 | 1,215.63 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 8,489.57 | $ 8,489.57 | $ 1,706.81 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Exhibit 8

| Case No: | 19-00132 | RCT | Judge: | Roberta A. Colton | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| Case Name: | DIANE LESLIE MCANALLY | | | | Date Filed (f) or Converted (c): | 01/08/2019 (f) |
| | | | | | 341(a) Meeting Date: | 02/05/2019 |
| For Period Ending: | 12/13/2019 | | | | Claims Bar Date: | 07/22/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  356 HERNANDO AVE, SARASOTA, FL | 159,421.00 | 0.00 | OA | 0.00 | FA |
| Lien amt per motion lift stay doc #31 | | | | | |
| 2.  352 HERNANDO AVE, SARASOTA, FL | 145,204.00 | 0.00 | | 0.00 | FA |
| Lien amt per motion to lift stay Doc. #14 | | | | | |
| 3.  2004 CHEVROLET TAHOE | 2,500.00 | 1,500.00 | | 1,500.00 | FA |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS | 250.00 | 74.00 | | 124.00 | FA |
| 5.  ELECTRONICS | 300.00 | 300.00 | | 300.00 | FA |
| 6.  Clothes | 500.00 | 500.00 | | 500.00 | FA |
| 7.  JEWELRY | 300.00 | 300.00 | | 0.00 | FA |
| 8.  Cash | 20.00 | 20.00 | | 0.00 | FA |
| 9.  SUNCOAST CHECKING | 4.00 | 4.00 | | 0.00 | FA |
| 10.  SUNCOAST SAVINGS | 20.00 | 20.00 | | 0.00 | FA |
| 11.  SUNCOAST CERTIFICATES OF DEPOSIT | 500.00 | 500.00 | | 0.00 | FA |
| 12.  401k HEDGES PHARMACY | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 13.  SOCIAL SECURITY BENEFITS | 1,520.00 | 1,520.00 | | 0.00 | FA |
| 14.  SunTrust | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $321,539.00     $15,738.00     $2,424.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/31/19  Case dismissed -  Failure to file any or all Schedules AJ as required, Failure to file a Summary of Assets, Failure to file Statement of Financial Affairs.

3/7/19  Order Granting Motion for Reconsideration of Dismissal and Rescheduling 341 Meeting (Related Doc # [20]). Section 341(a) meeting to be held on 4/16/2019 at 01:00 PM

4/17/2019 Sent O/E letter to debtor

4/17/19 NDR withdrawn

5/13/19 Debtor retained attorney and is planning to refile schedules.  MG

5/15/19  Sent email reminder that 1st pymt due.

6/10/19  Debtor filed motion to dismiss case

6/11/19  Trustee filed objection to dismiss case.

7/16/19 Hearing on Debtors motion to dismiss

7/17/19 Order Denying Motion to Dismiss Case

8/20/19 Filed RNOIS




Initial Projected Date of Final Report (TFR): 04/30/2020          Current Projected Date of Final Report (TFR): 04/30/2020

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 19-00132  
Case Name: DIANE LESLIE MCANALLY  
Taxpayer ID No: XX-XXX4890  
For Period Ending: 12/13/2019

Trustee Name: Larry S. Hyman, Chapter 7 Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX9892  
Checking  
Blanket Bond (per case limit): $3,802,000.00  
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/18/19 | 3 | DIANE L. MCANALLY | BUYBACK | | 1129-000 | $1,212.00 | | $1,212.00 |
| 08/20/19 | | DIANE LESLIE MCANALLY<br>352 HERNANDO AVE.<br>SARASOTA, FL 34243 | BUYBACK | | | $1,212.00 | | $2,424.00 |
| | | | Gross Receipts | $1,212.00 | | | |
| | 3 | | 2004 CHEVROLET TAHOE | $288.00 | 1129-000 | | | |
| | 4 | | HOUSEHOLD GOODS AND FURNISHINGS | $124.00 | 1129-000 | | | |
| | 5 | | ELECTRONICS | $300.00 | 1129-000 | | | |
| | 6 | | Clothes | $500.00 | 1129-000 | | | |
| 10/24/19 | 101 | Larry S. Hyman, Trustee<br>PO BOX 18625, TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. | | 2100-000 | | $606.00 | $1,818.00 |
| 10/24/19 | 102 | Larry S. Hyman, Trustee<br>PO BOX 18625, TAMPA, FL 33679 | Final distribution creditor account # representing a payment of 100.00 % per court order. | | 2200-000 | | $111.19 | $1,706.81 |
| 10/24/19 | 103 | PYOD, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 1 creditor account #xxxx1661 representing a payment of 20.10 % per court order. | | 7100-000 | | $52.11 | $1,654.70 |
| 10/24/19 | 104 | AMERICAN EXPRESS NATIONAL BANK<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 2 creditor account #xxxx2009 representing a payment of 20.11 % per court order. | | 7100-000 | | $43.19 | $1,611.51 |
| 10/24/19 | 105 | AMERICAN EXPRESS NATIONAL BANK<br>AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 3 creditor account #xxxx4000 representing a payment of 20.10 % per court order. | | 7100-000 | | $252.64 | $1,358.87 |

Page Subtotals: $2,424.00   $1,065.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-00132 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | DIANE LESLIE MCANALLY | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX9892 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4890 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 12/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/19 | 106 | QUANTUM3 GROUP LLC AS AGENT FOR<br>QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 4 creditor account #xxxx6925 representing a payment of 20.11 % per court order. | 7100-000 | | $9.74 | $1,349.13 |
| 10/24/19 | 107 | QUANTUM3 GROUP LLC AS AGENT FOR<br>QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 5 creditor account #xxxx8439 representing a payment of 20.10 % per court order. | 7100-000 | | $81.81 | $1,267.32 |
| 10/24/19 | 108 | QUANTUM3 GROUP LLC AS AGENT FOR<br>QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 6 creditor account #xxxx8660 representing a payment of 20.11 % per court order. | 7100-000 | | $51.69 | $1,215.63 |
| 10/24/19 | 109 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Final distribution to claim 7 creditor account #xxxx7480 representing a payment of 20.10 % per court order. | 7100-000 | | $1,215.63 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $2,424.00 | $2,424.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,424.00 | $2,424.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,424.00 | $2,424.00 |

Page Subtotals:        $0.00        $1,358.87

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 19-00132  
Case Name: DIANE LESLIE MCANALLY  
Taxpayer ID No: XX-XXX4890  
For Period Ending: 12/13/2019  

Trustee Name: Larry S. Hyman, Chapter 7 Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0480  
Checking  
Blanket Bond (per case limit): $3,802,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposits ($) | Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0480 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9892 - Checking | $2,424.00 | $2,424.00 | $0.00 |
| | $2,424.00 | $2,424.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,424.00 |
| Total Gross Receipts: | $2,424.00 |

Page Subtotals:  $0.00   $0.00